```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ALEX LOZADA
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-MJ-00383-EFB |
| ) | |
| Plaintiff, ) | Order Vacating Court Trial |
| ) | And Setting Change of Plea |
| v. ) | |
| ) | |
| CESAR PADILLA, ) | DATE: February **13**, 2012 |
| ) | TIME: 10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Edmund F. Brennan |

It is hereby Ordered that the court trial scheduled for February 14, 2012 at 10:00 a.m. is vacated and a change of plea hearing is set for February **13**, 2012 at 10:00 a.m.

IT IS SO ORDERED.

DATED: February 9, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE